944

No. 628. UNITED STATES v. MIDLAND-ROSS CORP. C. A. 6th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Wayne G. Barnett* and *Joseph Kovner* for the United States. *Theodore R. Colborn* for respondent. 

No. 526. HARRIS v. UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to Questions 2, 3 and 4 presented by the petition which read as follows:

"2. Whether petitioner was afforded a proper and fair hearing for criminal contempt under Rule 42 (a) Federal Rules of Criminal Procedure and whether *Brown* v. *United States,* 359 U. S. 41 should be reconsidered and overruled by this Court.

"3. Whether petitioner should have been granted a trial by jury on the charge of criminal contempt where he has been sentenced to one year's imprisonment.

"4. Whether the sentence of one year's imprisonment imposed against petitioner in a summary contempt proceeding is constitutionally permissible."

*Moses Polakoff* and *Daniel H. Greenberg* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller. Beatrice Rosenberg* and *Richard W. Schmude* for the United States. 

No. 107, Misc. JENKINS v. UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia. Circuit granted. Case transferred to the appellate docket. *H. Thomas Sisk* and *M. Michael Cramer* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

